UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22347-JB

OSCAR HERRERA,

    Plaintiff,
vs.

FABIANA FILIPPI RETAIL MIAMI LLC,
d/b/a FABIANA FILIPPI,
a foreign limited liability company,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice. ECF No. [9]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 31st day of July, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE